**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **Paul Jones,** | 05-CV-1293 (JNE/SRN) |
| **Plaintiff,** | |
| v. | **ORDER** |
| **P. Polzin,** | |
| **Defendant.** | |

Paul Jones, *Pro Se*

Friedrich Siekert, Esq., on behalf of Defendants

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated July 31, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**

1. Defendant's Motion to Dismiss (Doc. No. 23) is **GRANTED**.

Dated:   August 23, 2006.

s/ Joan N. Ericksen
Judge Joan N. Ericksen
United States District Court Judge